[No. 8517.]

STATE SAVINGS AND TRUST COMPANY V. MATZ.

*Error to Crowley District Court.* Hon. J. E. RIZER, Judge.

Mr. FRED A. SABIN, for plaintiff in error.

Messrs. HARTMAN, BALLREICH & O'DONNELL, for defendant in error.

*Per Curiam.*

This is a proceeding in error to the Court of Appeals to review the judgment of that court, reported in 26 Colo. App. 511. The opinion in that case, in the judgment of this court, is a very clear and correct statement of the facts and the law applicable thereto, and for such reason the judgment of that court is affirmed.

Let remittitur issue to the District Court of Crowley County.

WHITE, J., not participating.

---

[No. 8823.]

CAPITOL ICE AND STORAGE COMPANY V. ROCKY MOUNTAIN FUEL COMPANY.

*Error to Denver District Court.* Hon. JOHN H. DENISON, Judge.

Mr. WILLIAM H. DICKSON, for plaintiff in error.

Mr. J. V. SICKMAN, Mr. HARRY S. SILVERSTEIN, for defendant in error.

Application for supersedeas denied and judgment affirmed.